IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SHERRI J. PAYNE                                                                                         PLAINTIFF

v.                                          CIVIL NO. 10-2174

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                    DEFENDANT

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On November 15, 2010, Plaintiff submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis* ("IFP"). ECF Nos. 1, 2. An order was issued directing Plaintiff to provide more specific information on her IFP application. ECF No. 4. Pursuant to the order, Plaintiff submitted an amended IFP application on November 30, 2010. ECF No. 5. On December 2, 2010, an order was issued denying Plaintiff's IFP motion and directing her to tender the filing fee on or before January 3, 2011. ECF No. 6.

As Plaintiff failed to pay the filing fee on or before the specified date, we recommend that her complaint be dismissed for failure to obey a court order. **The parties have fourteen days from receipt of our report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1),** *amended by* **Pub. L. 111-16, §§ 6(1), 7, 123 Stat. 1607, 1608-09 (2009). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger** *de novo* **review by the district court.**

DATED this 14th day of January 2011.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF U.S. MAGISTRATE JUDGE