IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SHERRI J. PAYNE                                                                                         PLAINTIFF

      v.                                           CIVIL NO. 10-2174

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                              DEFENDANT

## JUDGMENT

On this 1st day of February, 2011, the court has before it for consideration a Report and Recommendation dated January 14, 2011, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas, recommending that Plaintiff's complaint be dismissed for failure to follow a court order directing her to pay the filing fee. ECF No. 7. Also before the Court are Plaintiff's objections. ECF Nos. 8-9. The court has reviewed this case *de novo*, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the clerk is ordered to dismiss Plaintiff's complaint.

    IT IS SO ORDERED.

                                                      /s/ Robert T. Dawson
                                                 HONORABLE ROBERT T. DAWSON
                                                 UNITED STATES DISTRICT JUDGE